Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID COLSON** | CV 11-6119-ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA<br>ATTORNEY FEES |
| **MICHAEL J. ASTRUE**<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $3,954.67 for attorney fees to Plaintiff to be mailed to Plaintiff's

attorney at 316 Second Rd, Summertown, TN. 38483.

It is so ORDERED

Dated this _Feb, 24_ day of 2012

_____
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff